UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEDRO CARABALLO,

          Plaintiff,

vs.                                                              Case No. 8:15-cv-02123-T-27AEP

DOUBLE L ENTERPRISES, LLC,

          Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 13) submitted by the Magistrate Judge recommending that Plaintiff's Motion for Entry of Final Judgment and for Attorneys' Fees and Costs (Dkt. 7) be granted. Neither party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 13) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Entry of Final Judgment and for Attorneys' Fees and Costs (Dkt. 7) is **GRANTED**.

3) The Clerk is directed to enter a default judgment in favor of Plaintiff and against Defendant in the amount of $33,500, for which let execution issue, plus post-judgment interest to be determined by the Treasury Bill rate prevailing on the date

of entry of final judgment pursuant to 28 U.S.C. § 1961.

4) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** on this 17th day of March, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record